Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARK F. SPANGLER,<br>Defendant. | NO. CR12-133RSM<br><br>NOTICE OF RELATED CASE |

The United States hereby gives notice that the above-captioned case is directly related to *Securities and Exchange Commission v. Mark F. Spangler and The Spangler Group*, 2:12-CV-00856RAJ (the "SEC Case"). The SEC Case, which has been assigned to Judge Jones, and the above-captioned criminal case involve the same defendant and essentially the same allegations. The defendant Mark F. Spangler is charged with running a widespread investment scheme that defrauded a number of individuals of millions of dollars. Both cases were filed on the same day. There has been no court action in the SEC Case. However, in this case the defendant Mark F. Spangler has appeared for his arraignment on May 18, 2012. Trial is currently scheduled for July 23, 2012.

//

//

//



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Given this close connection between these two cases, the United States believes that they should be assigned to a single judge. This will promote judicial efficiency and ensure that only one judge will be responsible for overseeing the payment of restitution to the victims.

DATED this 21st day of May, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*/s/ Carl Blackstone*
CARL BLACKSTONE
Assistant United States Attorney

*s/ Michael Lang*
MCHAEL LANG
Assistant United States Attorney



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via facsimile.

s/Anna Chang
ANNA CHANG
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-2274
Facsimile: (206) 553-2502
E-mail: Anna.Chang@usdoj.gov