UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR12-133RSM |
| ) | |
| MARK F. SPANGLER, ) | |
| ) | ORDER APPOINTING COUNSEL |
| Defendant, ) | AND REQUIRING PAYMENT |
| ) | BY THE DEFENDANT |
| ) | |

On the basis of defendant's sworn financial statement, the Court finds that the defendant is financially unable to retain counsel entirely at his/her own expense. Over a period of time, however, the defendant can afford to reimburse the United States for attorney's fees and expenses which will be paid to private counsel appointed to this case pursuant to 18 U.S.C. §3006A. Accordingly, it is hereby ORDERED:

1. Pursuant to 18 U.S. C. §3006A, the Court appoints, as Counsel: **Federal Public Defender** and **Jon R. Zulauf** of this Court's Criminal Justice Act Panel.

2. Counsel shall maintain time records in this case and, at its conclusion, file with this Court an accounting of services. Said accounting shall assess in-court services at $125 per hour and $125 per hour for out-of-court services, and shall include any and all expenses incurred.

ORDER APPOINTING COUNSEL AND
REQUIRING PAYMENT BY DEFENDANT
1



12-CR-00133-AF

3. Defendant shall pay to the Clerk of this Court $750 each month starting June 1, 2012, but not later than the tenth day thereof, unless the total payments already made equals the total cost of representation plus expenses to date. Such payments shall be in the form of cashiers checks, certified checks, or money orders payable to the Clerk of the United States District Court, 700 Stewart Street, Lobby Level, Seattle, WA 98101.

DATED this 22nd day of May, 2012.

_____
United States Magistrate Judge

cc: Clerk of Court, Attn. Financial Deputy
    Counsel
    Defendant

ORDER APPOINTING COUNSEL AND
REQUIRING PAYMENT BY DEFENDANT
2