The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARK F. SPANGLER, Defendant. | ) | NO. CR12-133RSM GOVERNMENT'S PROPOSED VOIR DIRE |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, Carl Blackstone, Mike Lang and Francis Franze-Nakamura, Assistant United States Attorneys for said District, hereby offers the following proposed questions to the prospective jury panel:

## I. KNOWLEDGE OF OR BIAS RELATING TO THE PARTIES

1. Do you, your relatives, or close friends, to the best of your knowledge, know the defendant Mark Spangler or anyone related to the defendant? If so, would that relationship or association prevent you from rendering a fair verdict based solely on the evidence brought out at trial?

2. Have any of you read or heard any publicity, news, or other information relating to this trial or the defendant? If so:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a. Is there anything that you have read or heard that has caused you to form an opinion in this case as to the guilt or innocence of the defendant or that might influence the performance of your duty as a juror?

b. Do any of you have any personal knowledge of the facts of this case other than what you have heard in this courtroom today?

3. Do any of you know [read the witness list]?

4. Do you hold any grudges against the government or against government officials?

5. Have any of you, or a close friend or relative, ever been employed by a state or the federal government? If so:

a. When?

b. With what agency?

6. Have any of you or members of your family ever been engaged in a lawsuit against the United States government?

7. Have you ever had any experience with law enforcement officers or the Courts that would cause you to be prejudiced or biased against them in any way?

8. Have you ever been the victim of a crime? If so, did you ever testify in court or another proceeding such as a deposition?

9. Have you ever been the victim of fraud or theft?

## II. JURY EXPERIENCE

10. Have any of you ever served on a jury, in federal or state court? If so:

a. Was it a criminal or civil case?

b. If a criminal case, were you able to reach a verdict in that case?

11. Have any of you, or a close friend or relative, ever been charged with a criminal offense, other than a minor traffic violation? If so:

a. Who was the person charged with the offense?

b. How long ago?



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

c. What was the nature of the offense?

d. What happened after you, or your friend or relative, was charged?

e. Were you, or your friend or relative, treated fairly by the government officials?

f. Would that experience prevent you from fairly and impartially listening to the government's case and rendering a verdict based solely on the evidence in this case?

## III. DUTIES OF JURORS

12. This is a criminal trial. Your duty, as jurors, will be to determine the guilt or innocence of the defendant based on the evidence. It is my duty, as judge, to determine what punishment, if any, may be imposed in the event of a guilty verdict. Would the possibility of the defendant being sentenced to a period of imprisonment affect your ability to render a fair verdict?

13. The law requires that you base your verdict on the facts as you find them to be from the evidence presented at trial. The law does not permit you to consider any emotions such as sympathy, prejudice, vengeance, fear, or hostility. Do any of you believe you cannot put such emotions out of your mind while listening to the evidence in this case or when you are deliberating toward reaching a verdict?

14. Are there things you might learn about the defendant such as his age, health, religious affiliation, family circumstances, or occupation that would prevent you from rendering a fair verdict?

15. Would any of you have any hesitancy in finding the defendant guilty of the offenses charged in the Indictment if the government proved his guilt beyond a reasonable doubt? If so, why?

16. In this case, with respect to some counts of the Indictment, the government must prove that the defendant acted willfully. Because it is impossible to ascertain or prove directly the operations of a defendant's mind, the government may ask you to



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

determine the defendant's intentions by examining all the facts and circumstances surrounding the events charged in the Indictment. Would any of you hesitate to base your verdict upon circumstantial evidence?

17. Is there any reason why any of you, if chosen to sit as a juror, could not render a fair and impartial verdict in this case based solely on the evidence presented and the law as the Court will instruct at the conclusion of this case?

18. Is there any other information that you feel is relevant to your role as juror in this particular case and that should be brought to the Court's attention at this time?

## IV. INTERNAL REVENUE SERVICE

19. Have you, or any member of your family, had an experience in dealing with the Internal Revenue Service which might influence you in a case which involves the Internal Revenue Service?

20. Have any of you, or a close friend or relative, ever been the subject of an Internal Revenue Service audit; assessed a penalty by the IRS; or been the subject of an IRS or other governmental investigation? If so:

a. How long ago?

b. Was the matter resolved to your satisfaction?

c. Were you treated fairly by the government officials?

d. Do you hold any grudges against the government or against government officials?

e. Would your feelings prevent you from listening to the government's case fairly and impartially and rendering a verdict according to the evidence?

## V. PROFESSIONAL EXPERIENCE

21. Are any of you employed as, or work directly with, a, financial planner, investment adviser, stock broker, or an accountant?

22. Have any of you ever been employed in a business involved in investing other people's money? If so, please identify the business and the role you played in the business.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

23. Have you ever been involved in a start-up company? If so, please identify the business and the role you played in the business

24. Have you ever solicited anyone to invest money in a business or other investment opportunity? If so, please explain.

25. Have any of you had any training in law? If so:

a. What kind of training?

b. Would that training affect your ability to follow the Court's instructions on the law that should be applied in this case?

26. Are any of you employed as, or work directly with an attorney?

## VI. FINANCIAL INVESTMENTS

27. Have you ever used the services of a financial planner, investment adviser, or stock broker? If so, was it a positive or negative experience?

28. Do you have a 401(K) plan, IRA, or other retirement plan? Have you invested in mutual funds? Individual stocks?

29. Do any of you consider yourself to be a sophisticated investor?

30. Have any of you invested in private equities, or other, early stage companies, or venture capital? If so, please identify the company you invested in and indicate whether your investment was successful.

31. Have any of you invested in a startup called TeraHop Networks or Tamarac?

//

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

32. Have you worked at, or do you know anyone who has worked at, TeraHop Networks or Tamarac?

DATED this 8th day of October, 2013.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

s/ *Carl Blackstone*
CARL BLACKSTONE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Ste. 5520
Seattle, Washington 98101
Phone: 206-553-2905
Facsimile: 206-553-2502
E-mail: carl.blackstone@usdoj.gov

s/ *Michael J. Lang*
MICHAEL J. LANG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Ste. 5520
Seattle, Washington 98101
Phone: 206-553-1779
Facsimile: 206-553-2502
E-mail: mike.lang@usdoj.gov

s/ *Francis Franz-Nakamura*
FRANCIS FRANZ-NAKAMURA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Ste. 5520
Seattle, Washington 98101
Phone: 206-553-4402
Facsimile: 206-553-2422
E-mail: francis.franze-nakamura@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*s/ Anna Chang*
ANNA CHANG
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-4440
Email: anna.chang@usdoj.gov