1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | UNITED STATES OF AMERICA,                    CASE NO. CR12-133-RSM

11 |                          Plaintiff,          ORDER MEMORIALIZING
                                                  ORAL RULINGS ON PENDING
12 |          v.                                  PRE-TRIAL MOTIONS

13 | MARK F. SPANGLER,

14 |                          Defendant.

15

16          After consideration of the six pending pre-trial motions in this matter, the

17   memoranda supplied in support and in opposition, the oral argument presented, and the

18   remainder of the record, the Court memorializes the following oral rulings issued during

19   the October 7, 2013 hearing:

20          (1) Defendant's Motion to Strike Surplusage and Motion in Limine to Exclude

21   Evidence (Dkt. # 59) is DENIED;

22          (2) Plaintiff's Motion to Exclude Expert Testimony, or for Pre-Trial Daubert

23
     Hearing (Dkt. # 65) is GRANTED IN PART and DENIED IN PART. The testimony of
24

John Keller shall be excluded. The testimony of Peter Brous and Jennifer Johnston shall not be excluded.

(3) Defendant's Motion in Limine Regarding Witnesses Smith, Rutherford, and Budge (Dkt. # 66) is DENIED;

(4) Plaintiff's Motion in Limine (Dkt. # 68) is GRANTED;

(5) Defendant's Motion in Limine to Exclude Impact of Loss (Dkt. # 71) is GRANTED;

(6) Defendant's Motion to Allow Late Filing (Dkt. # 72) is GRANTED.


DONE this 9 day of October, 2013.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE