JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARK F. SPANGLER, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR12-133RSM <br><br> ORDER GRANTING DEFENSE <br> MOTION TO ALLOW LATE FILING |

Upon the motion of the Defense to allow late filing of a Motion in Limine to Exclude Impact of Loss [Dkt. 71], and after a careful review of the files and records herein,

IT IS HEREBY ORDERED that leave of court is granted to allow defendant to file a Motion in Limine to Exclude Impact of Loss.

IT IS SO ORDERED.

DONE this <u>9</u> day of October, 2013.

_[signature]_
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ John R. Carpenter*
JOHN R. CARPENTER
Attorney for Defendant

ORDER GRANTING DEFENSE MOTION
TO ALLOW LATE FILING
*United States v. Spangler;* CR12-133RSM     -1-

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710