The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA. Plaintiff, v. MARK F. SPANGLER, Defendants | NO. CR 12-133 RSM **DEFENDANT'S WITNESS LIST** |

Following is a list of witnesses the defense intends to, or may, call to testify during its case in chief:

1. Richard Boyd & Anyang Feng
2. Ted & Sarah Burns
3. Gerald Delay & Diane Ryesky
4. Maury & Pam Douthit
5. R. Heath & Catharine Bento Foxlee
6. Salvador Gonzalez &Carole Moore
7. Viktor Grabner & Diane Thierry
8. Marilyn L. Hanna



ZULAUF & CHAMBLISS
THE HOGE BUILDING, SUITE 1111
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-1114

9. Vana Ingram
10. Craig & Theresa Johnson
11. Leon S. Kaplan
12. Max & Marilyn Nicolai
13. Mike & Rose Peck
14. Jim & Lanette Peterson
15. Essex J. & Cynthia Porter
16. Glen M. Poor
17. Ruvane Richman
18. John Rieke & Gene Robertson
19. Rosenstein Family Trust
20. Abbe Sue Rubin
21. Richard & Diane Rupp
22. Mark Spranger & Kim Kasabali
23. Judith N. Taylor
24. Tandy Trower
25. Daren & Tina Tsui
26. Manny & Sahily Vellon
27. Anne Waldie (prev. Vanberg)
28. Molly Walker
29. Judy Weseman
30. Peter & Ann Marie Wick
31. Christina & Phillip Wohlstetter
32. Leonard Wyatt & Ana Rivero
33. Benjamin George (IRS)
34. Karen Kreuzkamp (IRS)
35. Spencer Walker (FBI)
36. Virginia Burdette (MFS Receiver)
37. Kent Johnson (TSG Receiver)
38. Jan Kallshian (Receiver CPA)
39. Katherine 'Kit' Maas
40. Frank Miller (Receiver CPA)
41. Luann Renfrow
42. Don Gracia
43. Barb Krause
44. Keith Baldwin (DWT)
45. Louis Carbonneau (The Point LF)
46. Bill Carleton (C&H, MENH) &
47. Brian DeFoe (Lane Powell)
48. Karl Ege (Perkins Coie)
49. Mohsen Manesh (DWT)
50. Jerry McNaul (MENH)
51. Robert Seidel
52. Craig Sherman (WSGR)



ZULAUF & CHAMBLISS
THE HOGE BUILDING, SUITE 1111
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-1114

53. John Stokke (formerly C&H)
54. Brian Todd (DWT)
55. Joe Wallin (DWT)
56. Joseph Weinstein (DWT)
57. Neil Beaton (Startup Value)
58. Dr. Peter Brous (Economy)
59. John Keller (Forensic CPA)
60. Jennifer Johnson (Securities Law)
61. Tom Berger (CEO)
62. Greg Fletcher (CFO)
63. Richard Harrison (Pres., CEO)
64. Peter Koop (Dir. Software)
65. David Nason (CTO)
66. Delia Smith (EVP Strategy)
67. Sönny Spearman (Marketing)
68. Robert Twitchell, Jr. (Co-Founder)
69. Stuart DePina (CEO)
70. Matthew Springer (BoD)
71. Mike McKay
72. Roberta Smith
73. Tom Spangler
74. Mark Francis Spangler
75. Richard Boyd
76. Anyang Feng
77. Ted Burns
78. Sarah Burns
79. Gerald Delay
80. Diane Ryesky
81. Maurice Douthit
82. Pamela Douthit
83. R. Heath Foxlee
84. Catharine Bento Foxlee
85. Salvador Gonzalez
86. Carole Moore
87. Viktor Grabner
88. Diane Thierry
89. Marilyn L. Hanna
90. Vana Ingram
91. Craig Johnson
92. Theresa Johnson
93. Leon S. Kaplan
94. Max Nicolai
95. Marilyn Nicolai
96. Mike Peck



ZULAUF & CHAMBLISS
THE HOGE BUILDING, SUITE 1111
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-1114

97. Rose Peck
98. Jim Peterson
99. Lanette Peterson
100. Essex J. Porter
101. Cynthia Porter
102. Glen M. Poor
103. Ruvane Richman
104. John Rieke
105. Gene Robertson
106. Rosenstein Family Trust
107. Abbe Sue Rubin
108. Richard Rupp
109. Diane Rupp
110. Mark Spranger
111. Kim Kasabali
112. Judith N. Taylor
113. Tandy Trower
114. Daren Tsui
115. Tina Tsui
116. Manuel Vellon
117. Sahily Vellon
118. Anne Waldie
119. Molly Walker
120. Judy Weseman
121. Peter Wick
122. Ann Marie Wick
123. Christina Wohlstetter
124. Phillip Wohlstetter
125. Leonard Wyatt
126. Ana Rivero
127. Benjamin George
128. Karen Kreuzkamp
129. Spencer Walker
130. Virginia Burdette
131. Kent Johnson
132. Jan Kallshian
133. Katherine 'Kit' Maas
134. Frank Miller
135. Luann Renfrow
136. Don Gracia
137. Barb Krause
138. Keith Baldwin
139. Louis Carbonneau
140. Bill Carleton



ZULAUF & CHAMBLISS
THE HOGE BUILDING, SUITE 1111
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-1114

141. Brian DeFoe
142. Karl Ege
143. Mohsen Manesh
144. Jerry McNaul
145. Robert Seidel
146. Craig Sherman
147. John Stokke
148. Brian Todd
149. Joe Wallin
150. Joseph Weinstein
151. Neil Beaton
152. Dr. Peter Brous
153. John Keller
154. Jennifer Johnson
155. Tom Berger
156. Greg Fletcher
157. Richard Harrison
158. Peter Koop
159. David Nason
160. Delia Smith
161. Sönny Spearman
162. Robert Twitchell, Jr.
163. Stuart DePina
164. Matthew Springer
165. Mike McKay
166. Roberta Smith
167. Tom Spangler
168. Mark Francis Spangler
169. Janis A. Cunningham
170. Mark Davidson
171. Custodian of Records for the Spangler Website Hasting/Design
172. Roger Van Oosten
173. J. Richard Glass
174. Ed Payne

Respectfully submitted this 10th day of October, 2013.

Zulauf & Chambliss

Jon R. Zulauf WSBA #6936
Counsel For Mark Spangler



ZULAUF & CHAMBLISS
THE HOGE BUILDING, SUITE 1111
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-1114

I hereby certify that on October 10th, 3013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the government. I hereby certify that I have served the attorneys of record for the government that are non CM/ECF participants via United States Mail, postage prepaid.

/Darlene McLean
Darlene McLean
Legal Assistant for
Jon R. Zulauf
The Hoge Building
705 Second Avenue #1111
Seattle, WA 98104
(206) 682-1114

171