The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>               Plaintiff, )<br> )<br>     v. )<br> )<br>MARK F. SPANGLER, )<br> )<br>               Defendant. )<br>_____) | NO. CR12-133RSM<br><br>GOVERNMENT'S AMENDED<br>WITNESS LIST |

Following is a list of witnesses the government intends to, or may, call to testify during its case in chief. This Amended Witness List adds one witness –.see No. 63.

1.    Takeshi Akatsuka

2.    Tom Berger

3.    Richard Boyd

4.    Arthur Budge

5.    Edward "Ted" Burns

6.    Bill Carleton

7.    Gerald Delay

8.    Stuart Depina

9.    Maurice Douthit

GOVERNMENT'S AMENDED WITNESS LIST – 1
*U.S. v . Mark F. Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 10. | Pam Douthit |
| 2 | 11. | Anyang Feng |
| 3 | 12. | Greg Fletcher |
| 4 | 13. | Dr. Heath Foxlee |
| 5 | 14. | Benjamin George – IRS |
| 6 | 15. | Salvador Gonzalez |
| 7 | 16. | Viktor Grabner |
| 8 | 17. | Don Gracia |
| 9 | 18. | Edward Haddad, Securities and Exchange Commission |
| 10 | 19. | Anders Hejlsberg |
| 11 | 20. | Internal Revenue Service – Custodian of Records |
| 12 | 21. | Vana Ingram |
| 13 | 22. | Craig Johnson |
| 14 | 23. | Kent Johnson |
| 15 | 24. | Teresa Johnson |
| 16 | 25. | Jan Kallshian |
| 17 | 26. | Katherine Maas |
| 18 | 27. | Jerry McNaul |
| 19 | 28. | Carol Moore |
| 20 | 29. | David Nason |
| 21 | 30. | Max Nicolai |
| 22 | 31. | Dr. Robert Olson |
| 23 | 32. | Michael  Peck |
| 24 | 33. | Jim Peterson |
| 25 | 34. | Glen Poor |
| 26 | 35. | Essex Porter |
| 27 | 36. | David Prus |
| 28 | 37. | Robert Rebar |

GOVERNMENT'S AMENDED WITNESS LIST – 2
*U.S. v . Mark F. Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 38. | Ruvane Richman |
| 2 | 39. | John Rieke |
| 3 | 40. | Ana Rivero |
| 4 | 41. | Gene Robertson |
| 5 | 42. | Abbe Rubin |
| 6 | 43. | Rick Rupp |
| 7 | 44. | Ron Rutherford |
| 8 | 45. | Suzette Rutherford |
| 9 | 46. | Diana Ryesky |
| 10 | 47. | Roberta Smith |
| 11 | 48. | Lisa Brown Spencer |
| 12 | 49. | Mark Spranger |
| 13 | 50. | Tandy Trower |
| 14 | 51. | Darren Tsui |
| 15 | 52. | Manual ("Manny")Vellon |
| 16 | 53. | Dan Vetras |
| 17 | 54. | Molly Walker |
| 18 | 55. | Special Agent Spencer Walker - FBI |
| 19 | 56. | Joe Wallin |
| 20 | 57. | Judy Weseman |
| 21 | 58. | Christina Wholstetter |
| 22 | 59. | Ann Marie Wick |
| 23 | 60. | Leonard Wyatt |
| 24 | 61. | Jared Young - FBI |
| 25 | 62. | Margie Zech |
| 26 | 63. | Marilyn Nicolai |
| 27 | | |
| 28 | | |

GOVERNMENT'S AMENDED WITNESS LIST – 3
*U.S. v . Mark F. Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 11th day of October, 2013.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

/s/ Carl Blackstone
CARL BLACKSTONE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
WSBA # 40971
Telephone:  (206) 553-2905
Fax:  (206) 553-2502
E-mail: Carl.Blackstone@usdoj.gov

/s/ Michael Lang
MICHAEL LANG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
WSBA # 19262
Telephone:  (206) 553-1779
Fax:  (206) 553-2502
E-mail: Mike.Lang@usdoj.gov

/s/ Francis Franze-Nakamura
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4402
Fax:  (206) 553-2422
E-mail: Francis.Franze-Nakamura@usdoj.gov

GOVERNMENT'S AMENDED WITNESS LIST – 4
*U.S . v . Mark F. Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

### CERTIFICATE OF SERVICE

3          I hereby certify that on October 11, 2013, I electronically filed the foregoing with

4    the Clerk of the Court using the CM/ECF system which will send notification of such

5    filing to the attorney(s) of record for the defendant.

6

7                                                    s/ *Bonnie Wolfgram*

8                                                    BONNIE WOLFGRAM
                                                     Paralegal

9                                                    United States Attorney's Office

10                                                   700 Stewart Street, Suite 5220
                                                     Seattle, Washington 98101-1271

11                                                   Telephone: 206-553-7970
                                                     Fax: 206-553-4440

12                                                   Email: bonnie.wolfgram@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOVERNMENT'S AMENDED WITNESS LIST – 5
*U.S. v . Mark F. Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970