JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR12-133 RSM |
| Plaintiff, | |
| v. | DEFENDANT'S PROPOSED VOIR DIRE |
| MARK SPANGLER, | |
| Defendant. | |

Now comes the defendant, Mark Spangler, through his counsel, Assistant Federal Public Defender John Carpenter, and proposes the following potential questions for prospective jurors in the trial of this matter.

1) How have you been employed over the past five years?

2) If not currently employed:

    a) When were you last employed?

    b) How were you employed for the five years prior to leaving the workforce?

3) What is the employment of all working members of your household?

4) Are you presently training for or seeking employment in a field other than the one in which you are currently employed? If so, in what field?

DEFENDANT'S PROPOSED VOIR DIRE - 1
(*Mark Spangler*, CR13-133 RSM)

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-3710

5) Have you or has anyone close to you ever been employed by the United States government? If so, in what capacity?

6) Have you or has anyone close to you ever applied for a job with or worked for a law enforcement agency or in the security field?

7) When you hear that someone has been charged in connection to a crime, to what extent do you tend to feel that the defendant is guilty of the crime charged?

   ____ Not at all    ____Somewhat    ____Moderately    ____Strongly
   ____Very strongly

8) When a person is charged with a crime, to what extent do you feel he or she should be required to prove his or her innocence?

   ____ Not at all    ____Somewhat    ____Moderately    ____Strongly
   ____Very strongly

9) The prosecutor has the burden of proving a criminal case to the standard of "beyond a reasonable doubt." To what extent would you like to see the burden of proof in a criminal case be lowered to the level of "more likely than not"?

   ____ Not at all    ____Somewhat    ____Moderately    ____Strongly
   ____Very strongly

10) Do you realize that the burden of proof is greater for a criminal case than for a civil case?

   Yes ____   No ____

//
//
//

DEFENDANT'S PROPOSED VOIR DIRE - 2
(*Mark Spangler*, CR13-133 RSM)

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-3710

11) In a criminal case each and all of the twelve jurors must agree unanimously that the defendant is guilty as charged.  To what extent would you like to see this changed to requiring that only 11 of 12 jurors agree that the defendant is guilty as charged?

  ____ Not at all    ____Somewhat    ____Moderately    ____Strongly
  ____Very strongly

12) When a defendant does not testify in his or her own defense, to what extent do you feel this reflects the defendant is guilty or hiding something?

  ____ Not at all    ____Somewhat    ____Moderately    ____Strongly
  ____Very strongly

13) When a defendant does testify in his or her own defense, to what extent do you feel that the defendant is probably going to lie?

  ____ Not at all    ____Somewhat    ____Moderately    ____Strongly
  ____Very strongly

14) Do you believe that some defendants are wrongly convicted?
  Yes ____   No ____

15) Would any of you tend to give any greater weight or credibility, no matter how slight, to the testimony of a federal agent, police officer, or prosecution witness merely because they were government employees, witnesses, or law enforcement agents?

16) What about people who are state employees?

17) Would you give their testimony greater weight or credibility over that of the defendant or witnesses on his behalf?

18) Do you think lawyers for the Government are more honest and trustworthy than the lawyers for Mr. Spangler?

19) Are any of you investors in stocks and bonds?

DEFENDANT'S PROPOSED VOIR DIRE - 3
(*Mark Spangler*, CR13-133 RSM)

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-3710

20) Do any of you feel businessmen are more likely to be dishonest than anyone else?

21) What about financial advisors? Do any of you have a financial advisor now or have you used one in the past?

22) Do you now or have you in the past used a stock broker? Were you satisfied with what he or she did for you?

23) Have you ever heard of the term Hedge Fund?

24) If someone invests money through a financial advisor, and then later that money is lost, do you believe the financial advisor would have committed a crime?

25) Do you agree that if someone knowingly invests in a risky venture and then loses their money, that someone must have committed a crime for them to have lost that money?

26) This case involves the loss of approximately $23 million of funds. How many of you believe the size of that figure suggests criminal wrongdoing?

27) Have you or has anyone close to you ever been involved in the trial of any criminal case, either as a party, a witness, a court employee, or in any other capacity?

28) Have you or has anyone close to you ever served on a grand jury?

29) Have you ever served on a jury trial before? Was it a civil or criminal case?

30) Did the jury reach a verdict?

31) Was there anything about that experience which could make it difficult for you to again sit as a fair juror?

//

//

DEFENDANT'S PROPOSED VOIR DIRE - 4
(*Mark Spangler*, CR13-133 RSM)

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-3710

32) After the jury rendered its verdict or advised the court that it was hung, but before the jury was excused, did the judge say anything to the jury members other than to thank you for your services? If the judge discussed the case with you after the verdict or hung jury, did he or she say anything which indicated whether the jury had done the right or wrong thing?

33) Do you have any physical problems which would make it difficult for you to hear or to give your full attention to the evidence?

34) Is there any serious problem which you are currently experiencing which would cause you to be so distracted that you could not give your full attention to this case?

35) Is there anything else, about which no one has asked, that you feel would prevent you from sitting as a fair juror in this case?

DATED this 11th day of October, 2013.

                                  Respectfully submitted,

                                  *s/ John R. Carpenter*
                                  JOHN R. CARPENTER
                                  Attorney for Mark Spangler

DEFENDANT'S PROPOSED VOIR DIRE - 5
(*Mark Spangler*, CR13-133 RSM)

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-3710

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered with the CM/ECF system.

                                        s/ *Carolynn Calder*
                                        Carolynn Calder, Paralegal
                                        Federal Public Defender
                                        1601 Fifth Avenue, Suite 700
                                        Seattle WA 98101
                                        206/553-1100 voice
                                        206/553-0120 facsimile
                                        carolynn_calder@fd.org

DEFENDANT'S PROPOSED VOIR DIRE - 6
(*Mark Spangler*, CR13-133 RSM)

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-3710