Hon. Ricardo Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARK SPANGLER, Defendant. | NO. CR12-133RSM<br><br>GOVERNMENT'S AMENDED EXHIBIT LIST |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Carl Blackstone, Mike Lang and Francis Franze-Nakamura, Assistant United States Attorneys for said District, respectfully submits this amended exhibit list. This list identifies additional exhibits that the government intends to introduce at trial in its case-in-chief.

//

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 110.51 | Email dated 05/19/11 from Mark Spangler to Marilyn Nicolai Re: Spangler not having the liquidity available for Nicolai's $40K request |
| 408.4 | Letter dated 05/21/2008 Re: amendments to the original documents. Includes attached consent forms |
| 411.11 | Spangler Ventures Eleven, LP Confidential Investment Memorandum dated 06/15/06 |

Dated this 15th day of October, 2013.

Respectfully submitted,

JENNY DURKAN
United States Attorney

*/s/ Carl Blackstone*
CARL BLACKSTONE

*/s/ Michael Lang*
MICHAEL LANG

*/s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorneys



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*s/ Anna Chang*
ANNA CHANG
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-4440
Email: anna.chang@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*s/ Anna Chang*
ANNA CHANG
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-4440
Email: anna.chang@usdoj.gov