Hon. Ricardo Martinez

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR12-133RSM |
| | ) | |
| v. | ) | GOVERNMENT'S SECOND |
| | ) | AMENDED EXHIBIT LIST |
| MARK SPANGLER, | ) | |
| Defendant. | ) | |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Carl Blackstone, Mike Lang and Francis Franze-Nakamura, Assistant United States Attorneys for said District, respectfully submits this amended exhibit list. This list identifies additional exhibits that the government intends to introduce at trial in its case-in-chief.

| | |
|---|---|
| 106.22 | Gonzalez Portfolio Performance Summary dated 12/31/2009. |

Dated this 16th day of October, 2013.

Respectfully submitted,

JENNY DURKAN
United States Attorney

*/s/ Carl Blackstone*
CARL BLACKSTONE
*/s/ Michael Lang*
MICHAEL LANG
*/s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorneys

GOVERNMENT'S EXHIBIT LIST/ - 1
*United States v. Mark Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*s/ Anna Chang*
ANNA CHANG
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-4440
Email: anna.chang@usdoj.gov

GOVERNMENT'S EXHIBIT LIST/ - 2
*United States v. Mark Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

        *s/ Anna Chang*
        ANNA CHANG
        Paralegal
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Telephone: 206-553-7970
        Fax: 206-553-4440
        Email: anna.chang@usdoj.gov

GOVERNMENT'S EXHIBIT LIST/ - 3
*United States v. Mark Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970