JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR12-133 RSM |
| Plaintiff, | ) |
| v. | ) DEFENSE SECOND ) SUPPLEMENTAL EXHIBIT LIST |
| MARK F. SPANGLER, | ) |
| Defendant. | ) |

Defendant, Mark F. Spangler, through his defense counsel, Assistant Federal Public Defender John Carpenter, respectfully submits the attached Supplemental Exhibit List for the Court's consideration.  This list identifies additional exhibits that the defense may wish to introduce during trial.

| Exhibit No. | Exhibit Subpart | Description |
|---|---|---|
| **106** | .17 | Montgomery Farm Purchaser Questionnaire dated 10/27/2008 |
| | .18 | Letter of Agreement dated 8/13/2004 (Gonzalez) |
| **109** | .21 | Engagement Letter of Understanding dated 5/1/1993 (Ingram) |
| **120** | .11 | PPA dated 09/30/1994 |

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

1

2       DATED this 21ˢᵗ day of October, 2013.

3

4                               Respectfully submitted,

5                               s/*John R. Carpenter*

6                               JOHN R. CARPENTER
                                Attorney for Mark Spangler
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENSE SUPPLEMENTAL EXHIBIT LIST          -- 2
    (*Mark Spangler*;  CR12-133 RSM)

                                        **FEDERAL PUBLIC DEFENDER**
                                        **1331 Broadway, Suite 400**
                                        **Tacoma, WA 98402**
                                        **(253) 593-6710**

1

2

## CERTIFICATE OF SERVICE

3

4      I hereby certify that on October 21, 2013, I electronically filed the foregoing with

5   the Clerk of the Court using the CM/ECF system which will send notification of such

6   filing to all parties registered with the CM/ECF system.

7                                          s/ *Julie L. Valencia*

8                                          Julie L. Valencia, Paralegal
                                           Federal Public Defender
9                                          1331 Broadway, Ste. 400
                                           Tacoma, WA  98402
10                                         253/593-6710 voice
                                           253/593-6714 facsimile
11                                         Julie_Valencia@fd.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENSE SUPPLEMENTAL EXHIBIT LIST        -- 3
(*Mark Spangler*;  CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
Tacoma, WA 98402
(253) 593-6710