UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE



12-CR-00133-IFP

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK SPANGLER,<br><br>Defendant. | NO. CR12-133 RSM<br><br>VERDICT |

WE, THE JURY, find as follows:

COUNTS 1 through 25

As to Counts 1 through 25, charging the defendant with wire fraud, in violation of Title 18, United States Code, Section 1343, we find the defendant, MARK F. SPANGLER:

| | | |
|---|---|---|
| COUNT 1 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 2 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 3 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 4 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 5 | ____ NOT GUILTY | ✓ GUILTY |

| | | |
|---|---|---|
| COUNT 6 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 7 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 8 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 9 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 10 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 11 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 12 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 13 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 14 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 15 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 16 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 17 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 18 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 19 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 20 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 21 | ✓ NOT GUILTY | ____ GUILTY |
| COUNT 22 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 23 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 24 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 25 | ____ NOT GUILTY | ✓ GUILTY |

## COUNTS 26 through 32

As to Counts 26 through 32, charging the defendant with Money Laundering, in violation of Title 18, United States Code, Section 1957, we find the defendant, MARK F. SPANGLER:

| | | |
|---|---|---|
| COUNT 26 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 27 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 28 | ____ NOT GUILTY | ✓ GUILTY |

| | | |
|---|---|---|
| COUNT 29 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 30 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 31 | ____ NOT GUILTY | ✓ GUILTY |
| COUNT 32 | ____ NOT GUILTY | ✓ GUILTY |

### COUNT 33

As to Count 33, charging the defendant with Investment Advisor Fraud, in violation of Title 15, United States Code, Sections 80b-6 and 80b-17, we find the defendant MARK F. SPANGLER:

COUNT 33    ____ NOT GUILTY    ✓ GUILTY

DATED this 7th day of November 2013.