**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>MARK F. SPANGLER,<br><br>　　　　Defendant - Appellant. | No. 14-30042<br><br>D.C. No. 2:12-cr-00133-RSM<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion to seal the motion to withdraw as counsel and for appointment of substitute counsel is denied. The motion does not divulge any attorney-client privilege information, and sealing a document is burdensome to the court. *See* 9th Cir. R. 27-13(c).

The motion of the Federal Public Defender's Office to withdraw as counsel of record and for appointment of substitute counsel is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Western District of Washington, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

New counsel shall designate the reporter's transcripts by September 2, 2014. The transcript is due October 2, 2014. Appellant's opening brief and excerpts of record are due November 12, 2014; appellee's answering brief is due December 12, 2014; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall amend this court's docket to reflect that Assistant Federal Public Defender John Robert Carpenter is no longer appellant's appointed counsel of record for this appeal.

The Clerk shall serve this order on appellant individually at Reg. No. 42280-086, Federal Correctional Institution, 3600 Guard Road, Lompoc, California 93436.

The Clerk shall also serve this order on former counsel.