UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 09 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>MARK F. SPANGLER,<br><br>　　　　　Defendant - Appellant. | No. 14-30042<br><br>D.C. No. 2:12-cr-00133-RSM-1<br>U.S. District Court for Western<br>Washington, Seattle<br><br>**MANDATE** |

　　　The judgment of this Court, entered January 15, 2016, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　Craig Westbrooke
　　　　　　　　　　　　　　　　　　　　Deputy Clerk