Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUANN RENFROW,<br><br>Defendant. | NO.  CR16-269TSZ<br>      CR12-133RSM<br><br>**NOTICE OF RELATED CASE** |

The United States of America, by and through Annette L. Hayes, Acting United States Attorney for the Western District of Washington, and Francis Franze-Nakamura, Assistant United States Attorney, submits the following notice.

The above-captioned case, CR16-269TSZ, is directly related to *United States v. Spangler,* CR12-133RSM, in which Mark Spangler was charged with and convicted of Investment Advisor Fraud, Money Laundering and Wire Fraud.  The named defendant in this matter was a vice-president at Mark Spangler's investment advisor firm.  The victims in both cases are the same, the companies and investment funds in both cases are the same, and nature of the fraud schemes in both cases are the same.  In addition, the parties will seek a restitution judgment that holds the defendant jointly and severally liable with Mark Spangler at the conclusion of this case.

NOTICE OF RELATED CASE/ *BIAS, et al.*- 1
CR14-0078RSM, CR15-53RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     Because the above-captioned case arises from the same investigation and related criminal activity involving Investment Advisor Fraud, the United States believes that the above-captioned case and Cause No. CR12-133RSM are "related cases" and that consolidation of the two will serve interests of judicial economy.

    DATED this 7th day of October, 2016.

Respectfully submitted,

ANNETTE L. HAYES
Acting United States Attorney

s/*Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-7970
Fax:                (206) 553-2502
Email: francis.franze-namura@usdoj.gov

NOTICE OF RELATED CASE/ *BIAS, et al.*- 2
CR14-0078RSM, CR15-53RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2016, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

<u>s/ Dru Mercer</u>
DRU MERCER
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-2502
Email: dru.mercer@usdoj.gov

NOTICE OF RELATED CASE/ *BIAS, et al.*- 3
CR14-0078RSM, CR15-53RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970